FILED

2019 SEP 19 PM 12: 31

CLERK U.S. DISTRICT
CENTRAL DIST. OF CA
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 19-MJ-03937 |
| EDWARD BUCK | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 09-19-19   12:08   ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   Title 21, United States Code, Section 841(a)(1), (b)(1)(C)

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: English

7. Year of Birth: 1954

8. Defendant has retained counsel:   ☐ No
   ☑ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Bob Thomas   (please print)

12. Office Phone Number: 213-305-8895   13. Agency: DEA

14. Signature: [signature]   15. Date: 09-19-19

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION