**P-Send**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 19-MJ-3937 |
| EDWARD BUCK DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

TO:   UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable _Patrick J. Walsh_____,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith   ☐ as soon as possible   ☐ as requested, at suitable times

☐ Allowed social visits   ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

CLERK U.S. DISTRICT COURT

Dated: September 26, 2019                    By: /s/ Isabel Martinez
                                                 Deputy Clerk

### RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                    ABSTRACT OF COURT PROCEEDING